UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for JPMorgan Chase Bank, National Association
R.A. LEBRON, ESQ.
ZCH5413
bankruptcy@fskslaw.com

---

In Re:

KEVIN JOSEPH AMBROSE and
ERICA L AMBROSE aka
ERICA LEE AMBROSE

 Debtor(s).

Case No.: 21-16343 ABA

Chapter: 13

Judge: HONORABLE ANDREW B. ALTENBURG, JR.

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of JPMorgan Chase Bank, National Association. This party is a party in interest in this case pursuant to a mortgage dated July 13, 2011 and recorded in the Office of the GLOUCESTER County Clerk/Register on July 20, 2011 in Mortgage Book 12698, Page 189, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:       FEIN, SUCH, KAHN & SHEPARD, P.C.
                              Counsellors at Law
                              7 Century Drive - Suite 201
                              Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                                        **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                        Attorneys for JPMorgan Chase Bank, National Association

Dated: August 19, 2021        By:/s/ R.A. Lebron, Esq.
                                        R.A. LEBRON, ESQ.

Case No.: 21-16343 ABA