| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**CUTOLO BARROS LLC**<br>46-50 Throckmorton Street<br>Freehold, New Jersey 07728<br>(732) 414-1170<br>Joseph A. Kutschman III, Esq. (046732010)<br>Attorneys for Country Creek Condominium Association, Inc. | |
|---|---|
| In Re:<br><br>KEVIN J. & ERIC L. AMBROSE | Case No.: 21-16343-ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Country Creek Condominium Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Country Creek Condominium Association, Inc.

c/o CUTOLO BARROS LLC
46-50 Throckmorton Street
Freehold, New Jersey 07728

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date:  8/27/2021

/s/ Joseph A. Kutschman III, Esq.
Joseph A. Kutschman III, Esq.

738.0030I:\Country Creek CA\Collections\Ambrose (324 Coventry)\Bankruptcy\Notice of Appearance.docx