Certificate Number: 02470-NJ-DE-036019676

Bankruptcy Case Number: 21-16343



02470-NJ-DE-036019676

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2021, at 8:37 o'clock AM EDT, Erica L Ambrose completed a course on personal financial management given by internet by Isabel C. Balboa, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: September 26, 2021          By:     /s/Kathy Mills

Name:  Kathy Mills

Title:  TENS Instructor