Certificate Number: 02470-NJ-DE-036104679

Bankruptcy Case Number: 21-16343



02470-NJ-DE-036104679

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 31, 2021</u>, at <u>9:42</u> o'clock <u>AM EDT</u>, <u>Kevin Joseph Ambrose</u> completed a course on personal financial management given <u>by internet</u> by <u>Isabel C. Balboa, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>October 31, 2021</u>     By:   <u>/s/Kathy Mills</u>

　　　　　　　　　　　　　　　　Name: <u>Kathy Mills</u>

　　　　　　　　　　　　　　　　Title: <u>TENS Instructor</u>