LAW OFFICE OF SEYMOUR WASSERSTRUM
205 Landis Avenue
Vineland, NJ 08360
(856) 696-8300
Attorney for Debtor

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

IN RE: **Kevin Joseph Ambrose and Erica Lee Ambrose**       Case No: **21-16343/ABA**
Chapter: 13

**NOTICE OF AMENDMENT TO SCHEDULE D, E/F, G OR H OR LIST OF CREDITORS**

TAKE NOTICE:

1. The debtor's, **Kevin Joseph Ambrose and Erica Lee Ambrose**, filed a bankruptcy petition on **August 6, 2021**.
2. The first meeting of creditors was scheduled for **September 2, 2021** at 10:00 a.m. Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the Trustee appointed to the case for access or call-in information.
3. The Confirmation of the Chapter 13 Plan was/is schedule for **December 22, 2021.**
4. A proof of claim may need to be filed prior to **October 15, 2022**.
5. The debtor may be examined by subpoena pursuant to D.N.J. LBR 2004-1.
6. A copy of the Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors is enclosed.
7. The deadline to file a complaint objecting to Discharge of the Debtor or to determine dischargeability of Debt is **November 1, 2021**.
8. A copy of the amended schedule is enclosed.
9. A copy of the Chapter 13 Plan is enclosed.

Dated:  December 11, 2021                                        Law Office of Seymour Wasserstrum

                                                                 /s/ Seymour Wasserstrum, Esq
                                                                 By: Seymour Wasserstrum, Esq.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| Seymour Wasserstrum, Esq. SW2734<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Case No.:  **21-16343** |
| | Chapter:  13 |
| In Re: | Adv. No.:  N/A |
| | Hearing Date:  **12/22/2021** |
| **Kevin Joseph Ambrose and Erica Lee Ambrose** | Judge:  **ABA** |

## CERTIFICATION OF SERVICE

1. I, <u>Llaylin Hernandez-Perez</u>:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Seymour Wasserstrum, Esq.</u>, who represents the <u>Debtor</u> in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>December 11, 2021</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors;**

    **Amended Schedule D, E/F, G or H or List of Creditors; Chapter 13 Plan**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>December 11, 2021</u>                   /s/ Llaylin Hernandez-Perez
                                                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |
| Chase<br>Po Box 17202<br>Wilmington DE 19886-0000<br><br>Honda Financial Services<br>P.O. Box 1844<br>Alpharetta GA 30023-1844<br><br>PNC Bank<br>2730 Liberty Ave<br>Pittsburgh PA 15222-0000<br><br>Quicken Loans<br>1050 Woodward Ave<br>Detroit MI 48226-0000<br><br>Dept of Treasury-Division of Taxation<br>PO Box 245<br>Trenton NJ 08695-0000<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-0000<br><br>Atlantic City Electric<br>PO Box 4875<br>Trenton NJ 08650-0000<br><br>Barclays<br>P.O. Box 13337<br>Philadelphia PA 19101-0000<br><br>Capital One<br>PO BOX 71083<br>Charlotte NC 28272-1083 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏Other_____<br>(As authorized by the Court or by rule. Cite<br>the rule if applicable.) |

| | | |
|---|---|---|
| Chase<br>700 Kansas Lane<br>Monroe LA 71203-0000<br><br>CKS Financial Responsible Debt Collection<br>PO Box 2856<br>Chesapeake VA 23327-2856<br><br>Country Creek CA<br>c/o Associate Mid-Atlantic<br>PO Box 833805<br>Richardson TX 75083-0000<br><br>Country Creek Condominium Association<br>14000 Horizon Way, Suite 200 Mt. Laurel NJ 08054-0000<br><br>Credit One Bank<br>PO BOX 98873<br>Las Vegas NV 89193-0000<br><br>Freedom Plus<br>PO Box 2340<br>Phoenix AZ 85002-0000<br><br>Kolhs<br>PO BOX 1456<br>Charlotte NC 28201-0000<br><br>South Jersey Gas<br>Po Box 577<br>Hammonton NJ 08037-0000<br><br>West Deptford Township<br>PO Box 89<br>Water and Sewer<br>Thorofare NJ 08086-0089<br><br>WF CRD SVC<br>PO BOX 14517<br>Des Moines IA 50306-0000 | | |