# LAW OFFICES OF SEYMOUR WASSERSTRUM

**ATTORNEYS AT LAW**

205 W. LANDIS AVE
VINELAND, NJ 08360

1040 N. KINGS HWY, SUITE 304
CHERRY HILL, NJ 08002
*Do not mail to this address

SEYMOUR WASSERSTRUM

TELEPHONE: (856) 696-8300
FACSIMILE: (856) 696-6962
FACSIMILE: (856) 696-3586

July 8, 2022

Honorable Andrew B. Altenberg, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

Re:     **Kevin Joseph Ambrose**
        **Erica L Ambrose**
        Chapter 13 Case No.: **21-16343/ABA**
        Withdraw of Motion re: STRIKE PROOF OF CLAIM FILED BY THE STATE
        OF NEW JERSEY DIVISION OF TAXATION

Dear Judge Altenberg:

Please accept this letter as our request to withdraw the Motion re: STRIKE PROOF OF

CLAIM FILED BY THE STATE OF NEW JERSEY DIVISION OF TAXATION, which was

filed July 4, 2022, under docket number 37.

Thank you for your kind attention.

Respectfully Submitted,

/s/ Seymour Wasserstrum, Esq.
Seymour Wasserstrum, Esq.