Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16343−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kevin Joseph Ambrose                         Erica L Ambrose
   293 Seagrass Loop                            aka Erica Lee Ambrose
   Myrtle Beach, SC 29588−7793            293 Seagrass Loop
                                                  Myrtle Beach, SC 29588−7793

Social Security No.:
   xxx−xx−1845                                   xxx−xx−8673

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 11, 2022.

Dated: August 11, 2022
JAN:

                                                                 Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16343-ABA |
| Kevin Joseph Ambrose | Chapter 13 |
| Erica L Ambrose | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 11, 2022 | Form ID: plncf13 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kevin Joseph Ambrose, Erica L Ambrose, 293 Seagrass Loop, Myrtle Beach, SC 29588-7793 |
| cr | + | Country Creek Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728, UNITED STATES 07728-1973 |
| 519280921 | + | Carla Zappi Esq., Cutolo Barros LLC, 46-50 throckmorton Street, Freehold, NJ 07728-1973 |
| 519280925 | + | Country Creek CA, c/o Associa Mid-Atlantic (Mamco), PO Box 833805, Richardson, TX 75083-3805 |
| 519280926 | + | Country Creek Condominium Association, 14000 Horizon Way, Suite 200, Mt. Laurel, NJ 08054-4342 |
| 519299056 | + | Country Creek Condominium Association, Inc., c/o Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 519280928 | + | Cutolo Barros, Attorney at Law, 923 Haddonfield Road, Suite 300, Cherry Hill, NJ 08002-2752 |
| 519280929 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519280938 | + | South Jersey Gas, Po Box 577, Hammonton, NJ 08037-0577 |
| 519310943 | + | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519565609 | + | TOWNSHIP OF WEST DEPTFORD, 400 CROWN POINT RD, WEST DEPTFORD NJ 08086-2146 |
| 519280939 | | West Deptford Township, PO Box 89, Water And Sewer, Thorofare, NJ 08086-0089 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519280917 | | Email/Text: bankruptcy@pepcoholdings.com | Aug 11 2022 20:32:00 | Atlantic City Electric, PO Box 4875, Trenton, NJ 08650 |
| 519280932 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 11 2022 20:32:00 | Honda Financial Services, P.O. Box 1844, Alpharetta, GA 30023-1844 |
| 519282799 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 11 2022 20:32:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519280916 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 11 2022 20:32:00 | American Honda Finance, P.O. Box49070, Charlotte, NC 28277-1007 |
| 519280918 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 11 2022 20:32:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 519280924 | | Email/Text: Webcollex@ebn.phinsolutions.com | Aug 11 2022 20:32:00 | CKSFinancial Responsible Debt Collection, PO Box 2856, Chesapeake, VA 23327-2856 |
| 519280919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2022 20:30:42 | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 519287088 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 11 2022 20:30:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 21-16343-ABA  Doc 42  Filed 08/13/22  Entered 08/14/22 00:15:06  Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: plncf13 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519280927 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2022 20:30:37 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 519280931 | | Email/Text: bk@freedomfinancialnetwork.com | Aug 11 2022 20:31:00 | Freedom Plus, PO Box 2340, Phoenix, AZ 85002 |
| 519280933 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 11 2022 20:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519280922 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2022 20:30:34 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 519280923 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2022 20:30:34 | Chase, Po Box 17202, Wilmington, DE 19886 |
| 519302780 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2022 20:30:28 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519302526 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 11 2022 20:31:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519280934 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 11 2022 20:31:00 | Kolhs, PO BOX 1456, Charlotte, NC 28201-1456 |
| 519319823 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2022 20:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519280935 | ^ | MEBN | Aug 11 2022 20:27:30 | Office Of Attorney General, 25 Market St, P.O. Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519280936 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 11 2022 20:31:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 519330681 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 11 2022 20:31:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 519317552 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 20:30:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519675507 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 20:30:32 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519328608 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2022 20:30:31 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519304480 | | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2022 20:32:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519280937 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 11 2022 20:32:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519292994 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 11 2022 20:32:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519280940 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 11 2022 20:40:59 | WF CRD SVC, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519280930 | | Freedom Financial Asset Manangement LLC |
| 519280920 | *+ | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 11, 2022 | Form ID: plncf13 | Total Noticed: 41 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Country Creek Condominium Association Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| R. A. Lebron | on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@fskslaw.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Erica L Ambrose mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Kevin Joseph Ambrose mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7