# FSKS
### FEIN SUCH KAHN & SHEPARD P.C.

7 CENTURY DRIVE, 2ND FLOOR
PARSIPPANY, NJ 07054
www.fskslaw.com

TELEPHONE: 973-538-4700

August 18, 2022

CLERK OF THE BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT
401 MARKET STREET
CAMDEN, NJ 08102

  RE:   KEVIN JOSEPH AMBROSE and ERICA L. AMBROSE
        a/k/a ERICA LEE AMBROSE
        Case No. 21-16343 ABA
        File No. ZCH5413

Dear Sir/Madam:

As you may already be aware our office represents JPMorgan Chase Bank, National Association with regard to property located at 324 Coventry Court, Mantua, NJ 08051.  The Chapter 13 Plan states that the property is to be surrendered upon confirmation.

An Order confirming the Plan was entered on August 11, 2022.

As such, this letter shall serve as notice that the automatic stay is no longer in effect and that our client JPMorgan Chase Bank, National Association, will hereby resume or initiate a foreclosure, if necessary.

Very truly yours,

/s/Tammy L. Terrell Benoza

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMorgan Chase Bank, National Association
TAMMY BENOZA, ESQ.
ZCH5413
bankruptcy@feinsuch.com

In Re:

KEVIN JOSEPH AMBROSE and
ERICA L. AMBROSE a/k/a
ERICA LEE AMBROSE

 Debtor(s).

Case No.:  21-16343 ABA

Chapter: 13

Adv. No.:

Hearing Date:  N/A

Judge:  Honorable Judge Andrew B. Altenburg, Jr.

**CERTIFICATION OF SERVICE**

1. I, Ruth Essington:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for FEIN, SUCH, KAHN & SHEPARD, PC, who represents the Secured Creditor, JPMorgan Chase Bank, National Association in this matter.

    ☐ am the _____ in the above case and am representing myself.

2. On August 18, 2022, This office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below::

    a. Letter providing stay relief per terms of Chapter 13 plan.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SEYMOUR WASSERSTRUM, ESQ.<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 WEST LANDIS AVENUE<br>VINELAND, NJ 08360 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (D.N.J. LBR 5005-1) |
| ISABEL C. BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (D.N.J. LBR 5005-1) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Notice of Electronic Filing</u><br>    (D.N.J. LBR 5005-1) |
| KEVIN JOSEPH AMBROSE<br>ERICA L. AMBROSE a/k/a ERICA LEE AMBROSE<br>293 SEAGRASS LOOP<br>MYRTLE BEACH, SC 29588-7793 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: <u>Notice of Electronic Filing</u><br>    (D.N.J. LBR 5005-1) |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 08/18/22                    /s/Ruth Essington
                                   Paralegal