# LAW OFFICES OF SEYMOUR WASSERSTRUM

### ATTORNEYS AT LAW

205 W. LANDIS AVE  
VINELAND, NJ 08360  
TELEPHONE: (856) 696-8300  
FACSIMILE: (856) 696-6962

1040 N. KINGS HWY, SUITE 304  
CHERRY HILL, NJ 08002  
*Do not mail to this address

**SEYMOUR WASSERSTRUM, ESQ**

November 28, 2022

Honorable Andrew B. Altenberg, USBJ  
US Bankruptcy Court – Clerk's Office  
4th and Cooper Street, Second Floor  
Camden, NJ 08102

    Re:    Kevin J. and Erica L. Ambrose  
             Chapter 13 Case No.: 21-16343 ABA  
             Withdraw of Motion to Approve Settlement and Distribution of Insurance Proceeds

Dear Judge Altenberg:

Please accept this letter as our request to withdraw the Motion to Approve Settlement and Distribution of Insurance which was filed on November 28, 2022 under docket number 44.

Thank you for your kind attention.

                                                      Respectfully Submitted,

                                                        /s/ Seymour Wasserstrum, Esq.  
                                                        Seymour Wasserstrum, Esq.