# LAW OFFICES OF SEYMOUR WASSERSTRUM

## ATTORNEYS AT LAW

205 W. LANDIS AVE  
VINELAND, NJ 08360  
TELEPHONE: (856) 696-8300  
FACSIMILE: (856) 696-6962

1040 N. KINGS HWY, SUITE 304  
CHERRY HILL, NJ 08002  
*Do not mail to this address

**SEYMOUR WASSERSTRUM, ESQ**

November 30, 2022

Honorable Andrew B. Altenberg, USBJ  
US Bankruptcy Court – Clerk's Office  
4th and Cooper Street, Second Floor  
Camden, NJ 08102

  Re: Kevin J. and Erica L. Ambrose  
    Chapter 13 Case No.: 21-16343 ABA  
    Withdraw of Notice of Proposed Compromise or Settlement of Controversy re: Insurance Proceeds

Dear Judge Altenberg:

 Please accept this letter as our request to withdraw the Notice of Proposed Compromise or Settlement of Controversy re: Insurance Proceeds which was filed on November 28, 2022 under docket number 45.

 Thank you for your kind attention.

            Respectfully Submitted,

            /s/ Seymour Wasserstrum, Esq.  
            Seymour Wasserstrum, Esq.