UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Kevin J. Ambrose  
Erica L. Ambrose

Case No.: 21-16343  
Chapter: 13  
Judge: ABA

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Kevin J. Ambrose and Erica L. Ambrose, Debtors, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  
Mitchell H. Cohen U.S. Courthouse  
400 Cooper Street, 4th Floor  
Camden, N.J. 08101  
Courtroom 4B

If an objection is filed, a hearing will be held before the Honorable _____ on January 3, 2023 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, 401 Market Street Camden, NJ 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Insurance Settlement Claim

Pertinent terms of settlement:  
Gross Settlement: $38,688.03  
Net Settlement: $5,258.15

Objections must be served on, and requests for additional information directed to:

Name: Law Offices of Seymour Wasserstrum  
Address: 205 W. Landis Avenue, Vineland, NJ 08360  
Telephone No.: 856-696-8300

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16343-ABA |
| Kevin Joseph Ambrose | Chapter 13 |
| Erica L Ambrose | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 01, 2022 | Form ID: pdf905 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kevin Joseph Ambrose, Erica L Ambrose, 293 Seagrass Loop, Myrtle Beach, SC 29588-7793 |
| cr | + | Country Creek Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728, UNITED STATES 07728-1973 |
| 519280921 | + | Carla Zappi Esq., Cutolo Barros LLC, 46-50 throckmorton Street, Freehold, NJ 07728-1973 |
| 519280925 | + | Country Creek CA, c/o Associa Mid-Atlantic (Mamco), PO Box 833805, Richardson, TX 75083-3805 |
| 519280926 | + | Country Creek Condominium Association, 14000 Horizon Way, Suite 200, Mt. Laurel, NJ 08054-4342 |
| 519299056 | + | Country Creek Condominium Association, Inc., c/o Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 519280928 | + | Cutolo Barros, Attorney at Law, 923 Haddonfield Road, Suite 300, Cherry Hill, NJ 08002-2752 |
| 519280929 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519280938 | + | South Jersey Gas, Po Box 577, Hammonton, NJ 08037-0577 |
| 519310943 | + | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 519565609 | + | TOWNSHIP OF WEST DEPTFORD, 400 CROWN POINT RD, WEST DEPTFORD NJ 08086-2146 |
| 519280939 | | West Deptford Township, PO Box 89, Water And Sewer, Thorofare, NJ 08086-0089 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2022 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2022 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519280917 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 01 2022 20:55:00 | Atlantic City Electric, PO Box 4875, Trenton, NJ 08650 |
| 519280932 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 01 2022 20:55:00 | Honda Financial Services, P.O. Box 1844, Alpharetta, GA 30023-1844 |
| 519282799 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 01 2022 20:55:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519280916 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 01 2022 20:55:00 | American Honda Finance, P.O. Box49070, Charlotte, NC 28277-1007 |
| 519280918 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 01 2022 20:55:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 519280924 | | Email/Text: Webcollex@ebn.phinsolutions.com | Dec 01 2022 20:55:00 | CKSFinancial Responsible Debt Collection, PO Box 2856, Chesapeake, VA 23327-2856 |
| 519280919 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2022 20:58:05 | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 519287088 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 01 2022 20:57:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519280927 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 01 2022 20:57:58 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 519280931 | | Email/Text: bk@freedomfinancialnetwork.com | Dec 01 2022 20:54:00 | Freedom Plus, PO Box 2340, Phoenix, AZ 85002 |
| 519280933 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 01 2022 20:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519280922 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2022 20:58:05 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 519280923 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2022 20:58:05 | Chase, Po Box 17202, Wilmington, DE 19886 |
| 519302780 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2022 20:57:53 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519302526 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2022 20:54:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519280934 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2022 20:54:00 | Kolhs, PO BOX 1456, Charlotte, NC 28201-1456 |
| 519319823 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 01 2022 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519280935 | ^ | MEBN | Dec 01 2022 20:51:21 | Office Of Attorney General, 25 Market St, P.O. Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519280936 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 01 2022 20:54:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 519330681 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 01 2022 20:54:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 519317552 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 01 2022 20:58:08 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519675507 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 01 2022 20:58:16 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519328608 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 01 2022 20:58:08 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519304480 | | Email/Text: bnc-quantum@quantum3group.com | Dec 01 2022 20:55:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519280937 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2022 20:55:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519292994 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2022 20:55:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519280940 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 01 2022 20:58:07 | WF CRD SVC, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519280930 | | Freedom Financial Asset Manangement LLC |
| 519280920 | *+ | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Country Creek Condominium Association  Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| R. A. Lebron | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Erica L Ambrose mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Kevin Joseph Ambrose mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Tammy L. Terrell | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8