Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  21−16343−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kevin Joseph Ambrose
   293 Seagrass Loop
   Myrtle Beach, SC 29588−7793

   Erica L Ambrose
   aka Erica Lee Ambrose
   293 Seagrass Loop
   Myrtle Beach, SC 29588−7793

Social Security No.:
  xxx−xx−1845

  xxx−xx−8673

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

    I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Insurance Settlement Claim

Dated: December 28, 2022
JAN: eag

                              Jeanne Naughton
                              Clerk