**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com



**Order Filed on January 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTICT OF NEW JERSEY
CAMDEN VICINAGE

| In re: Kevin J. Ambrose and Erica L. Ambrose  Debtor(s) | Case No.: 21-16343-ABA  Hearing Date: January 3, 2023  10:00 AM  Chapter: 13  MOTION TO APPROVE SETTLEMENT AND DISTRIBUTION OF INSURANCE PROCEEDS |
|---|---|

<u>**ORDER APPROVING SETTLEMENT
AND DISTRIBUTION OF INSURANCE PROCEEDS**</u>

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 3, 2023**

_signature_
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Kevin J. Ambrose and Erica L. Ambrose
**Case No.:** 21-16343-ABA
**Caption of Order:** Approval of Settlement and Distribution of Insurance Proceeds

---

Upon the consideration of the motion of Kevin J. Ambrose and Erica L. Ambrose for an Order Approving the Settlement and Distribution of Insurance Proceeds related thereto, and for good cause, it is hereby **ORDERED AND AJUDGED** that:

1. The following disbursements from the Debtor's claim are hereby allow:

| | |
|---|---|
| **Gross Settlement** | **$ 38,688.03** |
| **PNC Bank, N.A. Payoff** | $ 32,929.88 |
| **Deductible Amount** | $ 500.00 |
| **Net Proceeds to Debtor** | $ 5,258.15 |

2. The Debtor's claim of exemptions in the amount $ 5,258.15 pursuant to S.C. Code Ann. § 15-41-30(A)(7) is allowed.

3. Debtor's Counsel shall file amended schedules A/B and C within 14 days of this order.