**Seymour Wasserstrum, Esq.**
Law Offices of Seymour Wasserstrum
205 W. Landis Ave.
Vineland, NJ 08360
(t)856-696-8300 | (f)856-696-3586
MyLawyer7@aol.com



**Order Filed on January 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTICT OF NEW JERSEY
## CAMDEN VICINAGE

| In re:<br><br>        Kevin J. Ambrose and Erica L. Ambrose<br><br><br><br>                    Debtor(s) | Case No.:            21-16343-ABA<br><br>Hearing Date:      January 3, 2023<br>                             10:00 AM<br><br>Chapter:                  13<br><br>MOTION TO APPROVE SETTLEMENT AND DISTRIBUTION OF INSURANCE PROCEEDS |
|---|---|

### ORDER APPROVING SETTLEMENT
### AND DISTRIBUTION OF INSURANCE PROCEEDS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 3, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Kevin J. Ambrose and Erica L. Ambrose
**Case No.:** 21-16343-ABA
**Caption of Order:** Approval of Settlement and Distribution of Insurance
Proceeds

Upon the consideration of the motion of Kevin J. Ambrose and Erica
L. Ambrose for an Order Approving the Settlement and Distribution of
Insurance Proceeds related thereto, and for good cause, it is hereby
**ORDERED AND AJUDGED** that:

1.   The following disbursements from the Debtor's claim are
hereby allow:

| | |
|---|---|
| **Gross Settlement** | **$ 38,688.03** |
| **PNC Bank, N.A. Payoff** | $ 32,929.88 |
| **Deductible Amount** | $ 500.00 |
| **Net Proceeds to Debtor** | $ 5,258.15 |

2.   The Debtor's claim of exemptions in the amount $ 5,258.15
pursuant to S.C. Code Ann. § 15-41-30(A)(7) is allowed.

3.   Debtor's Counsel shall file amended schedules A/B and C within
14 days of this order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-16343-ABA

Kevin Joseph Ambrose                                                                      Chapter 13

Erica L Ambrose

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Kevin Joseph Ambrose, Erica L Ambrose, 293 Seagrass Loop, Myrtle Beach, SC 29588-7793 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Country Creek Condominium Association  Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| R. A. Lebron | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com |
| Seymour Wasserstrum | on behalf of Debtor Kevin Joseph Ambrose mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Erica L Ambrose mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Tammy L. Terrell | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com |

District/off: 0312-1                                    User: admin                                    Page 2 of 2
Date Rcvd: Jan 04, 2023                            Form ID: pdf903                            Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8