**Order Filed on June 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Email: mylawyer7@aol.com
Attorney for Debtor(s)

In Re:

Kevin J. Ambrose
Erica L. Ambrose

| | |
|---|---|
| Case No.: | 21-16343 |
| Chapter: | 13 |
| Judge: | ABA |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: June 29, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections have been raised, it is:

ORDERED that _____Seymour Wasserstrum_____ the applicant, is allowed

a fee of _____$553.50_____ for services rendered and expenses in the amount of

_____$3.85_____ for a total of _____$557.35_____ . The allowance is payable:

[X]        through the Chapter 13 as an administrative priority.

[ ]        outside the plan.

The debtor's monthly plan is modified to require a payment of _____$854.00_____ per month for

___38___ months to allow for payment of the above fee.

*rev.8/1/15*