**Order Filed on June 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Email: mylawyer7@aol.com
Attorney for Debtor(s)

In Re:

Kevin J. Ambrose
Erica L. Ambrose

Case No.: 21-16343

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 29, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections have been raised, it is:

ORDERED that _____Seymour Wasserstrum_____ the applicant, is allowed a fee of _____$553.50_____ for services rendered and expenses in the amount of _____$3.85_____ for a total of _____$557.35_____. The allowance is payable:

    [X]    through the Chapter 13 as an administrative priority.

    [ ]    outside the plan.

The debtor's monthly plan is modified to require a payment of _____$854.00_____ per month for _____38_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16343-ABA |
| Kevin Joseph Ambrose | Chapter 13 |
| Erica L Ambrose | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Kevin Joseph Ambrose, Erica L Ambrose, 293 Seagrass Loop, Myrtle Beach, SC 29588-7793 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jul 01, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph Andrew Kutschman, III | on behalf of Creditor Country Creek Condominium Association Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| R. A. Lebron | on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@fskslaw.com |
| Seymour Wasserstrum | on behalf of Debtor Kevin Joseph Ambrose mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Erica L Ambrose mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Tammy L. Terrell | on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@fskslaw.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 29, 2023 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8