**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 21-16343 (ABA)**

Kevin J. Ambrose and Erica L. Ambrose
293 Seagrass Loop
Myrtle Beach, SC 29588-7793

Monthly Payment: $854.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2025 | $854.00 | 02/03/2025 | $854.00 | 03/04/2025 | $854.00 | 04/02/2025 | $854.00 |
| 05/05/2025 | $854.00 | 06/03/2025 | $854.00 | 07/02/2025 | $854.00 | 08/04/2025 | $854.00 |
| 09/03/2025 | $854.00 | 10/02/2025 | $854.00 | 11/04/2025 | $854.00 | 12/02/2025 | $854.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KEVIN J. AMBROSE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,063.00 | $4,063.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $557.35 | $557.35 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,424.92 | $1,622.61 | $802.31 | $612.91 |
| 4 | CKSFINANCIAL RESPONSIBLE DEBT COLLECTION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE, N.A. | 33 | $3,833.67 | $2,563.94 | $1,269.73 | $969.96 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,580.24 | $1,056.87 | $523.37 | $399.81 |
| 7 | CARLA ZAPPI ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JPMORGAN CHASE BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CHASE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | COUNTRY CREEK CA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COUNTRY CREEK CONDOMINUM ASSOCIATION, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT ONE BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CUTOLO BARROS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DEPT OF TREASURY-DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $23,326.64 | $15,600.66 | $7,725.98 | $5,901.79 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $77.58 | $77.58 | $0.00 | $0.00 |
| 17 | HONDA FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | KOHL'S | 33 | $1,383.89 | $925.56 | $458.33 | $350.13 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $2,742.90 | $1,834.45 | $908.45 | $693.99 |
| 21 | ROCKET MORTGAGE, LLC | 24 | $398.81 | $398.81 | $0.00 | $0.00 |
| 22 | SOUTH JERSEY GAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | WF CRD SVC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TOWNSHIP OF WEST DEPTFORD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | ERICA L AMBROSE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | COUNTRY CREEK CONDOMINUM ASSOCIATION, INC. | 33 | $1,205.43 | $790.09 | $415.34 | $305.01 |
| 31 | PNC BANK, N.A. | 24 | $9,216.01 | $9,216.01 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2021 | 11.00 | $0.00 |
| 08/01/2022 | Paid to Date | $9,600.00 |
| 09/01/2022 | 10.00 | $838.00 |
| 07/01/2023 | 38.00 | $854.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,248.00 |
| Total paid to creditors this period: | $9,233.60 |
| Undistributed Funds on Hand: | $768.60 |
| Arrearages: | $16.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**