Certificate Number: 20668-NJ-DE-041301119

Bankruptcy Case Number: 21-16343

20668-NJ-DE-041301119

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2026, at 6:39 o'clock PM EDT, Erica L Ambrose completed a course on personal financial management given by internet by Andrew Finberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 7, 2026

By: /s/Kathleen B Mills

Name: Kathleen B Mills

Title: TEN Financial Educator