UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Kevin Joseph Ambrose & Erica L. Ambrose,

Debtors

Case No.: 21-16343-ABA
Chapter: 13
Judge: Andrew B. Finberg

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Kevin Ambrose, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8-14-26

[signature]
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Kevin Joseph Ambrose & Erica L. Ambrose,<br><br>Debtors | Case No.: 21-16343-ABA<br>Chapter: 13<br>Judge: Andrew B. Finberg |

**CERTIFICATION IN SUPPORT OF DISCHARGE**

I, ERICA L. AMBROSE, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8-14-26

Erica L. Ambrose
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*