**Information to identify the case:**

Debtor 1 Kevin Joseph Ambrose
First Name Middle Name Last Name
Social Security number or ITIN xxx–xx–1845
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing) Erica L Ambrose
First Name Middle Name Last Name
Social Security number or ITIN xxx–xx–8673
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court District of New Jersey

Case number: 21–16343–ABA

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin Joseph Ambrose

Erica L Ambrose
aka Erica Lee Ambrose

10/27/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- ♦ some debts which the debtors did not properly list;
- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re: Case No. 21-16343-ABA
Kevin Joseph Ambrose Chapter 13
Erica L Ambrose
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: 3180W Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kevin Joseph Ambrose, Erica L Ambrose, 293 Seagrass Loop, Myrtle Beach, SC 29588-7793 |
| cr | + | Country Creek Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728, UNITED STATES 07728-1973 |
| 519280921 | + | Carla Zappi Esq., Cutolo Barros LLC, 46-50 throckmorton Street, Freehold, NJ 07728-1973 |
| 519280925 | + | Country Creek CA, c/o Associa Mid-Atlantic (Mamco), PO Box 833805, Richardson, TX 75083-3805 |
| 519280926 | + | Country Creek Condominium Association, 14000 Horizon Way, Suite 200, Mt. Laurel, NJ 08054-4342 |
| 519299056 | + | Country Creek Condominium Association, Inc., c/o Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 519280928 | + | Cutolo Barros, Attorney at Law, 923 Haddonfield Road, Suite 300, Cherry Hill, NJ 08002-2752 |
| 519280929 | + | Dept of Treasury-Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519565609 | + | TOWNSHIP OF WEST DEPTFORD, 400 CROWN POINT RD, WEST DEPTFORD NJ 08086-2146 |
| 519280939 | | West Deptford Township, PO Box 89, Water And Sewer, Thorofare, NJ 08086-0089 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2026 23:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2026 23:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519280917 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 27 2026 23:14:00 | Atlantic City Electric, PO Box 4875, Trenton, NJ 08650 |
| 519280932 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2026 23:14:00 | Honda Financial Services, P.O. Box 1844, Alpharetta, GA 30023-1844 |
| 519282799 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2026 23:14:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519280916 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 27 2026 23:14:00 | American Honda Finance, P.O. Box49070, Charlotte, NC 28277-1007 |
| 519280918 | + | EDI: TSYS2 | Oct 28 2026 03:05:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 519280924 | | EDI: CKSFINANCIAL.COM | Oct 28 2026 03:05:00 | CKSFinancial Responsible Debt Collection, PO Box 2856, Chesapeake, VA 23327-2856 |
| 519280919 | | EDI: CAPITALONE.COM | Oct 28 2026 03:05:00 | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |
| 519287088 | + | EDI: AIS.COM | Oct 28 2026 03:05:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519280922 | + | EDI: JPMORGANCHASE | Oct 28 2026 03:05:00 | Chase, 700 Kansas Lane, Monroe, LA 71203-4774 |

| | | | | |
|---|---|---|---|---|
| 519280923 | + | EDI: JPMORGANCHASE | Oct 28 2026 03:05:00 | Chase, Po Box 17202, Wilmington, DE 19886-7202 |
| 519280927 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2026 23:13:20 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 519280931 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 27 2026 23:13:00 | Freedom Plus, PO Box 2340, Phoenix, AZ 85002 |
| 519280933 | + | EDI: IRS.COM | Oct 28 2026 03:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519302780 | + | EDI: JPMORGANCHASE | Oct 28 2026 03:05:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 519302526 | ^ | MEBN | Oct 27 2026 23:07:12 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519280934 | + | EDI: CAPITALONE.COM | Oct 28 2026 03:05:00 | Kolhs, PO BOX 1456, Charlotte, NC 28201-1456 |
| 519319823 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2026 23:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519280935 | ^ | MEBN | Oct 27 2026 23:06:52 | Office Of Attorney General, 25 Market St, P.O. Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519280936 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2026 23:13:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 519330681 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2026 23:13:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 519317552 | | EDI: PRA.COM | Oct 28 2026 03:05:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519675507 | | EDI: PRA.COM | Oct 28 2026 03:05:00 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519328608 | | EDI: PRA.COM | Oct 28 2026 03:05:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519304480 | | EDI: Q3G.COM | Oct 28 2026 03:05:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519280937 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 27 2026 23:14:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519292994 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 27 2026 23:14:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519310943 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 27 2026 23:13:00 | State of New Jersey, Division of Taxation, Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 519280938 | + | Email/Text: bankruptcynotice@sjindustries.com | Oct 27 2026 23:14:00 | South Jersey Gas, Po Box 577, Hammonton, NJ 08037-0577 |
| 519280940 | + | EDI: WFHOME | Oct 28 2026 03:05:00 | WF CRD SVC, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519280930 | | Freedom Financial Asset Manangement LLC |
| 519280920 | *+ | Capital One, PO BOX 71083, Charlotte, NC 28272-1083 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Joseph Andrew Kutschman, III | on behalf of Creditor Country Creek Condominium Association Inc. jkutschman@cutolobarros.com, ecourts@cutolobarros.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| R. A. Lebron | on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@fskslaw.com |
| Richard Abel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Erica L Ambrose mylawyer7@aol.com ecf@seymourlaw.net;seymourwasserstrumparalegal@ecf.courtdrive.com;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Kevin Joseph Ambrose mylawyer7@aol.com ecf@seymourlaw.net;seymourwasserstrumparalegal@ecf.courtdrive.com;r47769@notify.bestcase.com |
| Tammy L. Terrell | on behalf of Creditor JPMorgan Chase Bank National Association bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9